**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| HORSEPOWER ELECTRIC AND MAINTENANCE CORP. | : | |
| | : | |
| | : | Case No. 23-cv-05707-DG-VMS |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL LABOR RELATIONS BOARD, an agency of the United States; and TERESA POOR, in her capacity as Regional Director of Region 29 of the National Labor Relations Board | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**WHEREAS**, on January 3, 2023, Region 22 of the National Labor Relations Board issued an Order approving withdrawal of the Petition in Case 29-RD-309689 based on the Union's disclaimer of interest in the bargaining unit effective December 31, 2023 (which is attached hereto as Exhibit A), thereby mooting the issues in this case.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that this action be and is hereby withdrawn, discontinued, and all claims dismissed with prejudice and without costs or attorneys' fees against any party.

1

Dated: January 5, 2024
      Washington, D.C.

NATIONAL LABOR RELATIONS BOARD

By: *s/ Dean Owens*
      Dean Owens
      Michael Dale
      Contempt Compliance & Special Litigation Branch
      1015 Half Street SE, Fourth Floor
      Washington, DC 20003
      Dean.Owens@nlrb.gov
      Michael.Dale@nlrb.gov
      *Attorneys for Defendants*

Dated: January 5, 2024
      New York, New York

FISHER & PHILLIPS LLP

By: *s/ Seth D. Kaufman*
      Seth D. Kaufman
      Times Square Tower
      7 Times Square, Suite 4300
      New York, NY 10036
      Tel.: (212) 899-9975
      Fax: (212) 956-1971
      skaufman@fisherphillips.com
      *Attorneys for Plaintiff Horsepower Electric and Maintenance Corp.*

Dated: January 5, 2024
      Springfield, Virginia

SHLOIME SPIRA, INTERVENOR

By: *s/ Christian C. Wilson*
      Christian C. Wilson
      8001 Braddock Road, Suite 600
      Springfield, VA 22160
      ccw@nrtw.org
      *Attorney for Intervenor Shloime Spira*

FP 49221734.1